In the Matter of Proceedings Supplementary: KAYLON, INC., Judgment Creditor, Respondent, *v.* AL GOLDBERG and Another, Doing Business, etc., Judgment Debtor.

WALTER GORDON ROSENBLUTH, Third Party, Appellant.

Supreme Court, Appellate Term, First Department, December 26, 1934.

*George Baker*, for the appellant.

*William E. Lowther* [*Charles L. Hannelly* of counsel], for the respondent.

PER CURIAM. As the motion to punish for contempt was not, as required by rule 10 of the court below, noticed for argument within thirty days of the commission of the alleged contempt, and no cause was shown for failure of compliance with the rule, the order is reversed, with ten dollars costs and disbursements, and motion denied. (*Bongiorno* v. *McGurk*, Appellate Term, 1st Dept. Nov. 1933.)

All concur; present, LYDON, HAMMER and FRANKENTHALER, JJ.